Michael P. Studebaker (USB 10027)
STUDEBAKER LEGAL SERVICES, P.C.
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham, <br><br> Plaintiff, <br><br> v. <br><br> D & D Design Concepts, Inc., <br><br> Defendant. | Case No.: 2:17-cv-00791-DS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Assigned to Honorable Judge David Sam |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Samuel Burningham and Defendant, D & D Design Concepts, Inc, hereby stipulate that the above-entitled Action be dismissed with prejudice each side to bear its own costs and fees.

RESPECTFULLY submitted on this 18th day of September, 2017.

| | |
|---|---|
| /s/ Michael P. Studebaker <br> Michael P. Studebaker, Esq. <br> STUDEBAKER LEGAL SERVICES, P.C. <br> 333 2nd Street, Suite 16 <br> Ogden, UT 84404 <br> Telephone: (385) 200-9901 <br> Email: mike@utahadaadvocates.com <br> *Attorney for Plaintiff* | /s/ Eric G. Goodrich *(with permission)* <br> Eric G. Goodrich <br> BENNETT TULLER JOHNSON & DEERE, LLC <br> 3165 East Milrock Dr., Ste 500 <br> Salt Lake City, UT 84121 <br> (801) 438-2000 <br> Email: egoodrich@btjd.com <br> *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 18th day of September, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Eric G. Goodrich
BENNETT TULLER JOHNSON & DEERE, LLC
3165 East Milrock Dr., Ste 500
Salt Lake City, UT 84121
(801) 438-2000
Email: egoodrich@btjd.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*