FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 2 2 2017

D. MARK JONES, CLERK
BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>Plaintiff,<br><br>v.<br><br>D & D Design Concepts, Inc.,<br><br>Defendant. | Case No. 2:17-cv-00791-DS<br><br>~~[PROPOSED]~~ ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Assigned to Honorable Judge David Sam |

The Court, having considered the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each party to bear its own costs and fees.

SO ORDERED this _26th_ day of _September_, 2017.

BY THE COURT:

U.S. DISTRICT JUDGE DAVID SAM

1